IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LLOYD JAMES BRIGMAN,** | : | CIVIL ACTION NO. 1:20-CV-1549 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **ADAM SCHAUM,** *et al.*, | : | |
| **Defendants** | : | |

# ORDER

AND NOW, this 26th day of August, 2021, upon consideration of defendant Adam Schaum's motion (Doc. 23) to dismiss, the parties' respective briefs (Docs. 24, 37, 38) in support of and opposition thereto, the report (Doc. 41) of Magistrate Judge William I. Arbuckle, and Schaum's objection (Doc. 42) to the report, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Magistrate Judge Arbuckle's report (Doc. 41) is ADOPTED as set forth in the accompanying memorandum.

2. Schaum's motion (Doc. 23) is GRANTED with respect to *pro se* plaintiff Lloyd James Brigman's claims for breach of contract and for violation of the Fourteenth Amendment and 18 U.S.C. §§ 241 and 242 and those claims are DISMISSED without leave to amend. Schaum's motion (Doc. 23) is DENIED without prejudice with respect to Brigman's claims for false arrest and false imprisonment.

3. This case is remanded back to Judge Arbuckle for all further pretrial proceedings including report and recommendation on dispositive motions.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania